UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

    v.

Lee Mouat,

    Defendant.

Hon. David R. Grand

Case No. 20-mj-30425

---

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the addition of an Assistant U.S. Attorney as counsel of record for the above captioned case:

*Add the following AUSA:*       *Terminate the Following AUSA:*

| | |
|---|---|
| Name: Tara Allison | N/A |
| Bar ID: New York state registration no. 5666029 | |
| Telephone: 202-598-7882 | |
| Fax: 202-353-8154 | |
| Email: tara.allison@crt.usdoj.gov | |

MATTHEW SCHNEIDER
United States Attorney

*/s/ Tara Allison*
TARA ALLISON
Trial Attorney, Criminal Section
Civil Rights Division
150 M Street, NE
Washington, DC   20530

Date: December 7, 2020